GEORGE KREMER, Appellant, v. FIFTY-NINTH STREET AND TENTH AVENUE HOLDING CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

SOLLY BANKOFF, an Infant, etc., Respondent, v. MAX ROSENBERG and Another, Doing Business under the Firm Name and Style of ROSENBERG & GRIEF, Appellants, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

JACK BANKOFF, Respondent, v. MAX ROSENBERG and Another, Doing Business under the Firm Name and Style of ROSENBERG & GRIEF, Appellants, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

MAX W. KRAUS, Appellant, v. G. & E. REALTY Co., INC., Respondent.— Judgment and order reversed, with costs, the verdict reinstated and judgment directed to be entered thereon, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.; Martin, J., dissenting.

HYMAN EISENBERG, INC., Respondent, v. LONDON GUARANTEE AND ACCIDENT Co., LTD., Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, on the ground that the verdict is against the weight of the evidence. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.; Finch, J., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY HOLTZ and Another, Individually and as Copartners, etc., Appellants, v. JACOB A. CANTOR and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

JOHN TRIPAULAS, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Appraisal under the Transfer Tax Law of the Estate of MAX NATHAN, Deceased.— Order affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

GENERAL BAKING COMPANY, Appellant, v. ABBOTT BAKING CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.; Dowling, J., dissenting.

FANNY KAUFMAN, Respondent, v. JACINTA AZNAR, Appellant — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

PASQUALE GAUDIOSI, Respondent, v. JAMES CAVALLARO, Individually and Trading under the Firm Name and Style of JAMES CAVALLARO Co., Appellant.— Order modified by striking out the paragraphs numbered " first " and " second " thereof, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.